

# TOWN OF CONWAY

23 MAIN STREET • P.O. Box 2680 • CONWAY, NEW HAMPSHIRE 03818

(603) 447-3811
WWW.CONWAYNH.ORG

August 26, 2024

CCKV Partners LLC
PO BOX 1194
North Conway, NH 03860
PID# 203-32

Note to File

Monday, August 26, 2024
I received a call from Mr. Ray Porter regarding an event at Cranmore Mountain Lodge. Mr. Porter informed me that a wedding took place on Saturday, August 24, 2024, and that the noise from the event was disruptive. He confirmed that he had contacted the police, who responded to the complaint. However, the police took no action at the time.

I advised Mr. Porter to file a formal complaint at the Town Hall, but he seemed hesitant. As of today, I have not received a complaint form from Mr. Porter.

Nicholas DeVito